UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY 2 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG WV 26301

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 1:22cr33 |
| DOUGLAS OWEN LAW, | Violations: 18 U.S.C. § 2423(c) |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Sex Tourism)

In or about May, 2019, in Harrison County, in the Northern District of West Virginia and elsewhere, defendant, **DOUGLAS OWEN LAW**, a citizen of the United States, did travel in foreign commerce from the United States to The Republic and reside temporarily in a foreign country, to wit: The Republic of the Philippines, and, while there, did engage in illicit sexual conduct as defined in Title 18, United States Code, Sections 2423(f), with minor child "MD," whose identity is known to the Grand Jury and who was then under 18 years of age, in violation of Title 18 United States Code, Section 2423(c).

## FORFEITURE ALLEGATION

(Child Exploitation Offenses)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2252A, including a **HP laptop computer, Serial No. CND5170V9X**.

Pursuant to Title 18, United States Code, Section 2428(a), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property that was used, or intended to be used, to commit or to facilitate the commission of a violation of Chapter 117 of Title 18, and any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly, as a result of a violation of Title 18, United States Code, Section 2423(c).

*William J. Ihlenfeld*
WILLIAM IHLENFELD
United States Attorney